IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FIRSTMERIT BANK, N.A., etc.,    )
                                )
            Plaintiff,          )
                                )
     v.                         )    No.  13 C 2744
                                )
MMB DEVELOPMENT, LLC, et al.,   )
                                )
            Defendants.         )

MEMORANDUM ORDER

In response to this Court's April 22, 2012 memorandum order ("Order") that dismissed both its Complaint and this action without prejudice because federal subject matter jurisdiction had not been established, FirstMerit Bank, N.A. ("FirstMerit") has filed a Fed. R. Civ. P. ("Rule") 59(e) motion for leave to file an Amended Complaint ("AC").[1]  This Court grants the motion without requiring FirstMerit's counsel to appear on the designated presentment date, subject to one exception:  AC ¶4 as tendered  speaks of the members of defendant MMB Development LLC, a limited liability company, as "Illinois residents," while the relevant facts for diversity purposes are of course their respective states of citizenship (a status that for an individual most often, but not always, coincides with his or her state of residence).

---

[1]  Because the original Complaint included bulky exhibits that remain unchanged in the current filing, the leave granted here with respect to that filing includes the treatment of those earlier exhibits as exhibits to the AC.

Accordingly the present draft should be corrected in that respect in the to-be-filed version of the AC. Finally, the Rule 59(e) motion confirms that, as directed by the Order, FirstMerit will also pay an additional $350 to the Clerk of Court contemporaneously with the filing of the AC.

_____
Milton I. Shadur
Senior United States District Judge

Date: May 6, 2013